No. 1007. WILLIAM F. MURRAY, POSTMASTER, PETITIONER, *v.* POST PUBLISHING COMPANY. June 5, 1916. Petition for a writ of certiorari to the United States Cir-

cuit Court of Appeals for the First Circuit denied. *The Attorney General* and *The Solicitor General* for the petitioner. *Mr. Edmund A. Whitman* for the respondent.